UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
Andrew T. Archer, Esquire
175 Richey Avenue
West Collingswood, NJ  08107
(856) 963-5000

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia P. Kicki

Case No.:    16-16540

Chapter:    13

Judge:    Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew T. Archer _____, the applicant, is allowed a fee of $ _____ 400 _____ for services rendered and expenses in the amount of $_____ 0 _____ for a total of $_____ 400 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 2225 _____ per month for _____ 33 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Patricia P. Kicki
       Debtor

Case No. 16-16540-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jul 31, 2018
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db         +Patricia P. Kicki,    1437 Ottawa Ct,    Toms River, NJ 08753-2972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
      MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
      2006-1 nj.bkecf@fedphe.com
      Andrew Thomas Archer    on behalf of Debtor Patricia P. Kicki aarcher@brennerlawoffice.com,
      bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
      Morgan Stanley IXIS Real Estate Capital Trust 2006-1 dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
      jschwartz@mesterschwartz.com
                                            TOTAL: 6