Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−16540−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia P. Kicki
   1437 Ottawa Ct
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−2193

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: bwj

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-16540-MBK
Patricia P. Kicki                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 148               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db             +Patricia P. Kicki,    1437 Ottawa Ct,    Toms River, NJ 08753-2972
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516346285       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517344339      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516103289      +Phelan Hallinan Diamond and Jones, PC,    400 Fellowship Rd Suite 100,
                 Mount Laurel, NJ 08054-3437
516667031      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516667032      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516103291      +Summit Collection Svcs,    50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516103290      +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
516103295      +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
516103294      +Trojan Professional Se,    Po Box 1270,    Los Alamitos, CA 90720-1270
516173598       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516103296      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516103297      +Us Dept of Ed/Great Lakes Educational Lo,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 00:11:17      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 00:11:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516310111       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:13
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516103283       EDI: CAPITALONE.COM Nov 23 2019 04:58:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516103282      +EDI: CAPITALONE.COM Nov 23 2019 04:58:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516103284      +EDI: CAPONEAUTO.COM Nov 23 2019 04:58:00      Capital One Auto Finance,    7933 Preston Rd,
                 Plano, TX 75024-2302
516103285      +EDI: CAPONEAUTO.COM Nov 23 2019 04:58:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
516136361      +EDI: AISACG.COM Nov 23 2019 04:58:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
516135345       EDI: CAPITALONE.COM Nov 23 2019 04:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516163693      +EDI: WFNNB.COM Nov 23 2019 04:58:00      Comenity Bank / The Limited,    Po Box 182125,
                 Columbus, OH 43218-2125
516163694      +EDI: WFNNB.COM Nov 23 2019 04:58:00      Comenity Bank / The Limited,    Po Box 182789,
                 Columbus, OH 43218-2789
516103286      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 00:17:13      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516103287      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 00:17:14      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516250688       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516103288      +E-mail/Text: Bankruptcies@nragroup.com Nov 23 2019 00:11:44      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
516345488       EDI: RMSC.COM Nov 23 2019 04:58:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
516103292      +EDI: RMSC.COM Nov 23 2019 04:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankrupty,
                 Po Box 103104,    Roswell, GA 30076-9104
516103293      +EDI: RMSC.COM Nov 23 2019 04:58:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
516103298      +EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Home Mtg (dba) Americas Serv,
                 1000 Blue Gentian Rd. #300,    Mac #X7801-02k,    Eagan, MN 55121-1786
516103299      +EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Home Mtg (dba) Americas Serv,
                 8480 Stagecoach Circle,    Frederick, MD 21701-4747
                                                                                               TOTAL: 20
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-1 nj.bkecf@fedphe.com
          Andrew Thomas Archer    on behalf of Debtor Patricia P. Kicki aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley IXIS Real Estate Capital Trust 2006-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-1 shay@bbs-law.com,  jpshay@gmail.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
                                                                                             TOTAL: 7
```